**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Elena M. Kornas<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9502<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–27724–SLM | |

# Order of Discharge          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Elena M. Kornas

12/7/18                                          **By the court:** Stacey L. Meisel
                                                                  United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                              **Order of Discharge**                              page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Elena M. Kornas  
    Debtor

Case No. 18-27724-SLM  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Dec 07, 2018  
                           Form ID: 318    Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2018.
```
db              +Elena M. Kornas,    63 Pallant Avenue,    Linden, NJ 07036-3650
517739223       +Chase,    PO Box 1423,    Charlotte, NC 28201-1423
517739224       +Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
517739228       +Fidelity Credit Card,    Cardmember Service,    PO Box 790408,    Saint Louis, MO 63179-0408
517739231       +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517739234       +Synchronymc/Syncb,    PO Box 530939,    Atlanta, GA 30353-0939
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov Dec 08 2018 00:48:00     U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 08 2018 00:47:57     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              +EDI: RMSC.COM Dec 08 2018 05:13:00     Synchrony Bank c/o PRA Receivables Management, LLC,
                  PO BOX 41021,    Norfolk, VA 23541-1021
517739219       +EDI: BANKAMER.COM Dec 08 2018 05:13:00     AAA Financial Services,    PO Box 15714,
                  Wilmington, DE 19886-5714
517739220       +EDI: AMEREXPR.COM Dec 08 2018 05:13:00     American Express,    PO Box 1270,
                  Newark, NJ 07101-1270
517739221       +EDI: CAPITALONE.COM Dec 08 2018 05:13:00     Capital One,    PO Box 6492,
                  Carol Stream, IL 60197-6492
517739222       +EDI: CAPITALONE.COM Dec 08 2018 05:13:00     Capital One Bank,    PO Box 6492,
                  Carol Stream, IL 60197-6492
517739225       +EDI: WFNNB.COM Dec 08 2018 05:13:00     Comenity - HSN,    PO Box 659707,
                  San Antonio, TX 78265-9707
517739227       +EDI: DISCOVER.COM Dec 08 2018 05:13:00     Discover,    PO Box 71084,    Charlotte, NC 28272-1084
517739229        EDI: MERRICKBANK.COM Dec 08 2018 05:13:00     Merrick Bank,    PO Box 5721,
                  Hicksville, NY 11802
517739232       +EDI: RMSC.COM Dec 08 2018 05:13:00     Paypal,    PO Box 960080,    Orlando, FL 32896-0080
517741617       +EDI: RMSC.COM Dec 08 2018 05:13:00     Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517739233       +EDI: RMSC.COM Dec 08 2018 05:13:00     Synchrony Bank/Syncb,    PO Box 530939,
                  Atlanta, GA 30353-0939
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517739226*      +Comenity/HSN,    PO Box 659707,    San Antonio, TX 78265-9707
517739230*       Merrick Bank,    PO Box 5721,    Hicksville, NY 11802
                                                                                    TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2018            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2018 at the address(es) listed below:
```
              Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
               York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan
               Trust 2004-D kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
              Michael Schwartzberg    on behalf of Debtor Elena M. Kornas michael@jerseylaws.com
              Steven P. Kartzman    kartztee@optonline.net,
               jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 4
```