UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:  Case No.: 18-27724 SLM

ELENA KORNAS, Debtor(s).  Chapter 7

Judge: Stacey L. Meisel

## NOTICE OF PROPOSED ABANDONMENT

Steven P. Kartzman, Chapter 7 Trustee, in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | U.S. Bankruptcy Court<br>50 Walnut Street<br>Newark, NJ 07102 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Stacey L. Meisel on *February 19, 2019 at 10:00 a.m.* at the United States Bankruptcy Court, Courtroom no. 3A. *(Hearing date must be at least 28 days from the date of this notice).* If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description of property: 63 Pallent Avenue, Linden, New Jersey

Value of property: $285,000

Less about 10% costs of sale: $28,500

Liens on property: $244,165

Amount of equity claimed as exempt: $12,334.70

Objections must be served on, and requests for additional information directed to:

Name:      Steven P. Kartzman, Esq., Chapter 7 Trustee, c/o Mellinger, Sanders & Kartzman, LLC

Address:   101 Gibraltar Drive, Suite 2F, Morris Plains, NJ 07950

Telephone: 973.267.0220

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 18-27724-SLM
Elena M. Kornas                                                       Chapter 7
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2           User: admin              Page 1 of 1              Date Rcvd: Jan 14, 2019
                               Form ID: pdf905          Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db          +Elena M. Kornas,    63 Pallant Avenue,    Linden, NJ 07036-3650
517739219   +AAA Financial Services,    PO Box 15714,    Wilmington, DE 19886-5714
517739220   +American Express,    PO Box 1270,    Newark, NJ 07101-1270
517739223   +Chase,    PO Box 1423,    Charlotte, NC 28201-1423
517739224   +Citi Cards,    PO Box 70166,    Philadelphia, PA 19176-0166
517739228   +Fidelity Credit Card,    Cardmember Service,    PO Box 790408,    Saint Louis, MO 63179-0408
517739231   +Mr. Cooper,    8950 Cypress Waters Blvd.,    Coppell, TX 75019-4620
517739234   +Synchronymc/Syncb,    PO Box 530939,    Atlanta, GA 30353-0939

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 15 2019 00:27:54     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 15 2019 00:27:52     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
               Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17     Synchrony Bank c/o PRA Receivables Management, LLC,    PO BOX 41021,    Norfolk, VA 23541-1021
517739221   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2019 00:31:42     Capital One,
               PO Box 6492,    Carol Stream, IL 60197-6492
517739222   +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jan 15 2019 00:32:07     Capital One Bank,
               PO Box 6492,    Carol Stream, IL 60197-6492
517739225   +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jan 15 2019 00:27:41     Comenity - HSN,
               PO Box 659707,    San Antonio, TX 78265-9707
517739227   +E-mail/Text: mrdiscen@discover.com Jan 15 2019 00:27:12     Discover,    PO Box 71084,
               Charlotte, NC 28272-1084
517739229    E-mail/Text: bkr@cardworks.com Jan 15 2019 00:27:01     Merrick Bank,    PO Box 5721,
               Hicksville, NY 11802
517739232   +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17     Paypal,    PO Box 960080,
               Orlando, FL 32896-0080
517741617   +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17     Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517739233   +E-mail/PDF: gecsedi@recoverycorp.com Jan 15 2019 03:59:17     Synchrony Bank/Syncb,
               PO Box 530939,    Atlanta, GA 30353-0939
                                                                                              TOTAL: 11

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517739226*    +Comenity/HSN,    PO Box 659707,    San Antonio, TX 78265-9707
517739230*     Merrick Bank,    PO Box 5721,    Hicksville, NY 11802
                                                                                    TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
          Kevin Gordon McDonald    on behalf of Creditor    The Bank of New York Mellon f/k/a The Bank of New
           York, as successor in interest to JPMorgan Chase Bank, as Trustee for Centex Home Equity Loan
           Trust 2004-D kmcdonald@kmllawgroup.com,    bkgroup@kmllawgroup.com
          Michael Schwartzberg    on behalf of Debtor Elena M. Kornas michael@jerseylaws.com
          Steven P. Kartzman    on behalf of Trustee Steven P. Kartzman kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          Steven P. Kartzman    kartztee@optonline.net,
           jzapata@msklaw.net;nj16@ecfcbis.com;jloewenstein@msklaw.net
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 5